**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

MEMO ENDORSED

50 Main Street
White Plains, New York 10606

December 9, 2022

**BY ECF**

The Honorable Kenneth M. Karas
United States District Judge
United States District Court
300 Quarropas Street
White Plains, New York 10601

Re:   United States v. Jasaan Bastian, 11 Cr. 1040 (KMK)

Dear Judge Karas:

A status conference concerning alleged violations of supervised release in the above-referenced action is currently scheduled for December 14, 2022. There is an ongoing, related state court action concerning much of the same underlying conduct (the "State Action"), which has yet to be resolved. Defense counsel has notified the Government that the defense would prefer the State Action be resolved before we reach a disposition on the alleged violations of supervised release, and the Government does not object. Accordingly, the parties jointly submit this letter to respectfully request an adjournment until the week of February 6 or February 14, 2023.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

by: */s/ Kingdar Prussien*
Kingdar Prussien
Assistant United States Attorney
(914) 993-1927
Kingdar.Prussien@usdoj.gov

cc: Joseph A. Vita, Esq.

Granted. The Court will hold a conference on February 15, 2023 at 2:00 p.m.

SO ORDERED

KENNETH M. KARAS U.S.D.J.

12/12/2022