**JOSEPH A. VITA**
**ATTORNEY AT LAW**
52 Irenhyl Avenue
Port Chester, New York 10573
Telephone 914-939-5401
Fax 914-937-3950
Email Joev63542@aol.com

Via ECF

February 6, 2023

Hon. Kenneth M. Karas
United States District Court Judge
300 Quarropas Street
White Plains, New York 10601

Re:   USA v. Jasaan Bastian; 11 CR 1040 (KMK)
      VOSR proceeding

Dear Judge Karas:

Both the Government by AUSA Kingdar Prussien and the defense are jointly requesting an adjournment of the VOSR status conference from February 15, 2023 until an available date during the 1st or 2nd week of March. The ongoing related state court case is still pending and was adjourned until February 27, 2023. The defense is seeking to resolve the related state matter prior to disposition of the VOSR.

Respectfully submitted,

/S/ Joseph A. Vita

Joseph A. Vita

*Granted. The conference will go forward on March 2, 2023 at 11:00 AM*

SO ORDERED

KENNETH M. KARAS U.S.D.J.
2/7/2023