**JOSEPH A. VITA**
**ATTORNEY AT LAW**
52 Irenhyl Avenue
Port Chester, New York 10573
Telephone 914-939-5401
Fax 914-937-3950
Email Joev63542@aol.com

MEMO ENDORSED

Via ECF

February 27, 2023

Hon. Kenneth M. Karas
United States District Court Judge
300 Quarropas Street
White Plains, New York 10601

Re:   USA v. Jasaan Bastian; 11 CR 1040 (KMK)
      VOSR proceeding

Dear Judge Karas:

Both the Government by AUSA Kingdar Prussien and the defense are jointly requesting a further adjournment of the VOSR status conference from March 2, 2023 until an available date between March 15 -17. The ongoing related state court case is still pending and was recently rescheduled for March 13, 2023. The defense is seeking to resolve the related state matter prior to disposition of the VOSR.

Respectfully submitted,

/S/ Joseph A. Vita

Joseph A. Vita

*Granted. The Court will hold a conference on March 23, 2023 at 3:30 p.m.*

SO ORDERED
KENNETH M. KARAS U.S.D.J.
2/27/2023