UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------x

United States of America,

      -against-

Jasaan Bastian,

      Defendant.

--------------------------------------------------------x

ORDER

Docket No. 11 CR 01040 (KMK)

KARAS, U.S. DISTRICT JUDGE:

Bruce D. Koffsky, Esq., is to assume representation of the defendant in the above captioned matter as of October 3, 2025. Mr. Koffsky is appointed pursuant to the Criminal Justice Act. His address is Koffsky & Felsen, LLC, 1261 Post Road, Suite 202b, Fairfield, CT 06824; phone number (203) 327-1500; Email: bruce@koffskyfelsen.com.

SO ORDERED.

_____
KENNETH M. KARAS
UNITED STATES DISTRICT JUDGE

Dated: White Plains, New York
       October 17, 2025